UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

| | |
|---|---|
| KEVIN CHAMBERLAIN, an individual, NED NEWCOMER, an individual, and JERALD ADLER, an individual, on their own behalf and on behalf of all others similarly situated, | Case No. 4:10-cv-00477-SPM -WCS |
| Plaintiffs, | |
| vs. | |
| INTEGRACLICK, INC., a Delaware corporation, d/b/a Clickbooth, JUST THINK MEDIA, a Canadian company, d/b/a FAREND SERVICES LIMITED, | |
| Defendants. | |
| _____/ | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant 1021018 Alberta Ltd., d/b/a JustThink Media ("Defendant"), hereby submits its Corporate Disclosure Statement.

The undersigned certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

As of this date, other than the named parties, there is no such interest to report.

These representations are made to enable the judges of the Court to evaluate possible disqualification or recusal.

Dated: November 3, 2010 **KRONENBERGER BURGOYNE, LLP**

By: /s/ Karl S. Kronenberger
Karl S. Kronenberger
*Attorney in Charge; admitted pro hac vice*
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

Attorney for Defendant,
1021018 Alberta Ltd., d/b/a JustThink Media

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 3, 2010, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| *Attorneys for Plaintiffs:* | *Attorneys for Plaintiffs:* |
|---|---|
| David P. Healy<br>2846-B Remington Green Cir.<br>Tallahassee, FL 32308<br>Email: dhealy@davidhealylaw.com | Will Haselden<br>Christopher L. Dore<br>KAMBEREDELSON, LLC<br>350 Northn LaSalle, Suite 1300<br>Chicago, IL 60654<br>Email: cdore@edelson.com<br>Email: whaselden@kamberedelson.com |

Dated: November 3, 2010    **KRONENBERGER BURGOYNE, LLP**

By:  /s/ Karl S. Kronenberger
Karl S. Kronenberger
*Attorney in Charge; admitted pro hac vice*
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com

Attorney for Defendant,
1021018 Alberta Ltd., d/b/a JustThink Media