UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

| | |
|---|---|
| KEVIN CHAMBERLAIN, an individual, NED NEWCOMER, an individual, and JERALD ADLER, an individual, on their own behalf and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>INTEGRACLICK, INC., a Delaware corporation, d/b/a Clickbooth, JUST THINK MEDIA, a Canadian company, d/b/a FAREND SERVICES LIMITED,<br><br>      Defendants.<br>_____/ | Case No. 4:10-CV-00477-SPM-WCS |

**DECLARATION OF MICHAEL STEFANIUK IN SUPPORT OF MOTION OF DEFENDANT 1021018 ALBERTA LTD. TO QUASH SERVICE OF PROCESS AND TO DISMISS COMPLAINT**

I, Michael Stefaniuk, state and declare as follows:

1.  I am Vice President of Engineering for 1021018 Alberta Ltd., dba JustThink Media ("JTM"), a defendant in this action.  Unless otherwise stated, I

1

have personal knowledge of all matters stated in this Declaration and, if called to do so, could and would competently testify thereto.

2. I make this Declaration in support of JTM's motion to quash service of process upon it and to dismiss the Complaint against JTM.

3. I have reviewed the notice of filing of return of service of the summons and complaint that were allegedly served upon JTM, purportedly through Clickbooth as JTM's alleged agent in Florida.

4. The law firm of Akerman Senterfitt, noted in the affidavit of service as the location at which JTM was allegedly served, with an address in Tallahassee, Florida, is not JTM's registered office, is not counsel to or an agent of JTM, and is not employed by or associated with JTM in any way.

5. The person listed on that affidavit as having received the court papers for JTM, Lisa Malwitz, is not an agent or employee of JTM, nor is she associated with JTM in any way.

6. Likewise, the other person listed in the affidavit, J. Martin Hayes, is not an agent or employee of JTM, nor is she associated with JTM in any way.

7. The address of Akerman Senterfitt's offices in Tallahassee does not belong to JTM at all and is not associated with JTM in any way.

8. Attached as Exhibit A to this Declaration is a true and complete copy of the Clickbooth.com Advertisers Terms and Conditions, which is the contract that

governed the relationship between JTM and Clickbooth during the times relevant to the matters set forth in the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of November, 2010 at Sherwood Park, Alberta, Canada.

_____
Michael Stefaniuk