Exhibit A

## Clickbooth.com Advertiser Terms & Conditions

1. **INTRODUCTION:** Clickbooth.com, a subsidiary of IntegraClick, Inc. ("CLICKBOOTH") provides you access to distribute advertisements on the Clickbooth Network, subject to your compliance with the terms and conditions below. Please read this Agreement carefully. By enrolling as an "Advertiser," you agree to be bound by these terms and conditions and the terms and conditions of any insertion order that you complete, including all payment terms (collectively, the "Agreement"). In this Agreement, "you", and "your" refers to the Advertiser. You agree that any of your agents, representatives, employees, or any person or entity acting on your behalf with respect to the use of the Clickbooth Network, shall be bound by, and shall abide by, these Terms and Conditions. You further agree that you are bound by these Terms and Conditions whether you are acting on your own behalf or on behalf of a third party, including another advertiser.

2. **Clickbooth Network:** The Clickbooth Network is defined as CLICKBOOTH's branded web sites, newsletters, and various third party Affiliates who may be authorized by CLICKBOOTH to make advertisements available on or within web sites, newsletters, and/or applications that they control. Affiliates are defined as companies or individuals that have signed an agreement with CLICKBOOTH to carry your advertising campaigns on their websites or newsletters and are paid by CLICKBOOTH a commission generated from your campaign. The entire Clickbooth Network can be accessed at http://www.clickbooth.com.

3. **Services.** CLICKBOOTH's exclusive obligation is to make media advertisements, provided by You, available for distribution within the Clickbooth Network and portions of the Clickbooth Network according to the request(s) made by You ("Services"). In all cases, information and advertisements must be submitted in the form requested by CLICKBOOTH and in accordance with the specifications and policies set-forth by CLICKBOOTH, in effect from time-to-time, prior to publication. CLICKBOOTH will not be required to publish any advertisement that is not in accordance with our policies or specifications. You are solely responsible for the content of your ads. CLICKBOOTH is not responsible for anything regarding your web site(s) including, but not limited to, maintenance of your web site(s), order entry, customer service, payment processing, shipping, cancellations or returns.
   a) **Distribution.** Positioning of the media advertisements within the Clickbooth Network is at the sole discretion of CLICKBOOTH and its third party affiliates. You understand that your advertisement may or may not be placed in the Clickbooth Network or portion of the Clickbooth Network that you indicate in your insertion order(s). CLICKBOOTH does not guarantee that your advertisements will be available through any part of the Clickbooth Network, when your advertisements will run, and/or the placement and positioning of your advertisements.
   b) **Rights Reserved.** CLICKBOOTH reserves the right to approve, omit, edit, for content or reject any advertisement for any reason at any time. In addition, we reserve the right, at any time to remove any of your advertisements if we determine, in our sole discretion, that the advertisement or any portion thereof, violates any of our policies or may result in liability to us. In addition, CLICKBOOTH shall have the absolute right to reject any URL link embodied within any advertisement. CLICKBOOTH's failure to reject, cancel, approve, omit, edit, etc. shall not be construed as an acceptance of an advertisement nor would this negate other parts of this Agreement, specifically with respect to liability.

4. **Non-Circumvent.** You agree not to directly solicit Affiliates away from the Clickbooth Network, and you agree not to use reverse engineering or tracing of Affiliate traffic for means to directly solicit Affiliates away from the Clickbooth Network. If you are participating in the Select Advertiser program, you agree not to contact the list of Affiliates

that we make available to you. Failure to comply with this Section may, at our discretion, result in immediate termination of this Agreement and a fee, to be determined by Clickbooth, per Affiliate contacted directly by you.

5. **Payment.** You agree to pre-pay to CLICKBOOTH all applicable charges to your account in United States dollars, in accordance with the terms of the program and/or payment plan you selected, including, if any, all applicable taxes, in accordance with billing terms in effect at the time the fee becomes payable, prior to CLICKBOOTH posting your advertisement(s). You understand and agree that the program(s) and/or plan(s) that you select may require a minimum payment and/or a set-up fee and that such minimum payment or set-up fee is specific to the program that you select, is non-refundable, and will not be applied to any of our other services or programs. You understand and agree that receipt of an invoice is not required for payment to become due and payable. Invoices are sent as a courtesy only and lack of an invoice does not nullify requirement to pay.

   a) **Cost-Per-Click ("CPC").** You understand and agree that if you select a program and/or payment plan under the cost-per-click or cost-per-redemption model, that in addition to any applicable set-up fee, you will be charged for all click-thru's on your advertisements, and that such charges will be based on the number of click-thru's on all your advertisements, multiplied by the cost of each of your click-thru's, which shall be computed according to our rules applicable to the program that you selected. A click-thru is defined as an occasion on which a person on the Internet clicks on the Your text advertisement, banner, coupon redemption, or link directing him/her to Your landing page or web site.

   b) **Cost-Per-Action ("CPA")** If you select a program and/or payment plan under the cost-per-action model, You understand and agree that in addition to any applicable set-up fee, you will be charged for all leads delivered by us or an authorized affiliate to you, and that such charges will be based on the number of leads received from all of your advertisements, multiplied by the cost per lead, which shall be computed according to our rules applicable to the program that you selected. For all leads and sales programs (CPA), You agree to provide the number of monthly leads generated by CLICKBOOTH according to Your records (where applicable) within 5 business days of the following month. CLICKBOOTH will invoice You based on the higher of Your numbers or CLICKBOOTH's numbers, and You agree to pay accordingly. Leads are Internet users interested in Your promotion/advertisement/offer who have clicked-through to the Your landing page or web site, and have signed up for Your service or product.

   c) **Cost-Per-Thousand ("CPM").** You understand and agree that if you select a program and/or payment plan under the cost-per-thousand impressions model, that in addition to any applicable set-up fee, you will be charged for each time that your advertisement is delivered to an end-user, and that such charges will be based on the number of times all of your advertisements have been delivered, multiplied by the cost per impression, which shall be computed according to our rules applicable to the program that you selected. Impressions are unique deliveries of Your advertisements to people seeing Your advertisement.

   d) **Import Program.** From time-to-time, certain advertisers may be accepted into the Import Program, as determined by CLICKBOOTH on a case-by-case basis. Participants in the Import Program shall send a report to CLICKBOOTH on a daily basis with an accounting of the number of Leads received per Affiliate. CLICKBOOTH reserves the right to audit your accounting during normal business hours at CLICKBOOTH's discretion, and with prior notice to you. By participating in the Import Program, you are obligated to make payment for all Leads that you receive during the time period specified. Your Advertiser Account will be debited accordingly, and if the amount owed exceeds the amount in your Advertiser Account you will be obligated to pay the difference within 15 days of your receipt of notice from us. In addition, if there is a credit card, charge card, or

      debit card on file with us, then we have the right to charge your credit card, charge card, or debit card for amounts owed.

  e) **Method of Payment.** You may pay CLICKBOOTH by check or bank wire transfer. You agree and represent that all information you provide for the purpose of enrolling as an Advertiser will be accurate, complete, and current. Your right to access your account with CLICKBOOTH is subject to any limits established by CLICKBOOTH. Depending on the payment plan and/or program that you choose, you may be required to make a minimum deposit in your account ("Advertiser Account"). You understand and agree that when you make a deposit into your Advertiser Account, you are committing to the purchase of Services from CLICKBOOTH equal to, at a minimum, the amount in your Advertiser Account, plus any minimum monthly usage fees that apply to the services or programs that you select. If payment cannot be charged to your credit/charge/debit card, for whatever reason, or if there is a charge-back for any reason, or if your financial institution does not honor your check, or if you do not maintain a positive account balance, CLICKBOOTH reserves the right to either suspend or terminate your account with CLICKBOOTH. Suspension or termination includes but is not limited to, removal of your advertisements from the Clickbooth Network.

  f) **Claims or Disputes.** Your sole remedy to claims or disputes is to submit any claims or disputes you may have with respect to any charge to your account in writing to CLICKBOOTH within 15 days of such charge otherwise such claim or dispute will be waived and such charge will be final and not subject to challenge.

  g) **Failure to Make Payment.** In the event of any failure by you to make payment, or if you charge-back, you will be responsible for all reasonable expenses (including attorneys' fees) incurred by CLICKBOOTH in collecting such amounts plus interest at the rate of 10% per annum or the maximum amount permitted by law, whichever is greater. Payment is guaranteed personally by the owning Officers of the advertiser signing this agreement.

  h) **No Refunds.** 100% of all pre-paid funds deposited into your Advertiser Account with CLICKBOOTH are NON-REFUNDABLE.

  i) **Positive Balance.** Each advertiser will be responsible for maintaining a positive account balance with CLICKBOOTH at all times.

  j) **Rates.** Pricing for our programs, payment plan terms, set up fees, minimum costs, and minimum bids are subject to change by us from time-to-time.

  k) **Initial Payment.** The insertion order is a reference to the initial buy, but you are indefinitely responsible for payment at the rate agreed upon in the IO if you do not cancel the campaign after the initial insertion order amount has been used up. If you do not cancel, your insertion order automatically renews for an indefinite period until it is terminated by you according to the procedures outlined in this agreement. If you do cancel, you need to allow 5 business days for the campaign to become inactive across our network, and during these 5 days you are still responsible for the payouts of the orders coming in at the rate specified.

6. **Tracking System.** You agree that you will not remove or alter the location of the pixel or other tracking method deployed thereby affecting the CLICKBOOTH tracking of leads. CLICKBOOTH employs a testing system to ensure that you have not removed or moved the pixel or tracking method. If you do remove or move the pixel or tracking method thereby causing the CLICKBOOTH system to not be able to track leads, then you will be obligated to pay CLICKBOOTH for all estimated sales that took place during this period based on the historical EPC over the previous month.

7. **No Assignment or Resale.** Except as otherwise indicated herein, you may not resell, assign, or transfer any of your rights under this Agreement, and if you attempt to resell, assign, or transfer your rights, we may immediately terminate this Agreement and your advertisements with out liability to us.

8. **Fraud.** You acknowledge that there is potential for fraud. You understand and have read our Policy and Procedures which CLICKBOOTH implements to reduce and combat fraud located at www.clickbooth.com/advertisers/fraud.html. CLICKBOOTH enforces strict process to combat fraud, however without definitive proof of Fraud as determined by CLICKBOOTH, You agree to pay CLICKBOOTH in full for this Agreement.

9. **ACCESS:** For purposes of this Agreement, all web pages and applications that CLICKBOOTH owns, operates or hosts are referred to herein as the "CLICKBOOTH Web Site." You are authorized to access the CLICKBOOTH Web Site solely to manage your advertising account(s). You agree that you will not use the site or any content therein for any other purpose and that you will not disseminate or distribute any of this information. Your right to access your account with CLICKBOOTH is personal to you and non-assignable and is subject to any limits established by CLICKBOOTH. You agree that you will not use any automated means, including, without limitation, agents, robots, scripts, or spiders, to access your account with CLICKBOOTH or to monitor or copy CLICKBOOTH's Web Site or the content contained therein except those automated means expressly made available by CLICKBOOTH, if any, or authorized in advance and in writing by CLICKBOOTH. You agree that you will not use any device, software, reverse engineering, or routine to interfere or attempt to interfere with the proper working of the CLICKBOOTH Web Site, Clickbooth Network, and/or the links or tracking methods deployed by CLICKBOOTH for billing and reporting purposes.

10. **Reporting:** Counting and tracking of media advertisements shall be based on CLICKBOOTH's internal reporting counting and/or tracking procedures only as per Section 5B.

11. **Limitation of Liability and Disclaimer of Warranties.** In the event that we fail to publish any advertisement in accordance with the terms of this Agreement (or in the event of any other failure, technical or otherwise, of such advertisement to appear as provided in this Agreement), OUR SOLE LIABILITY TO YOU SHALL BE LIMITED TO, IN OUR DISCRETION, EITHER (I) A REFUND OF THE ADVERTISING FEE PAID BY YOU FOR THE SPECIFIC ADVERTISEMENT WHICH WAS NOT PUBLISHED ACCORDING TO THIS ADVERTISING AGREEMENT; OR (II) RE-CIRCULATION OF THE ADVERTISEMENT AT A LATER TIME IN A COMPARABLE POSITION. IN NO EVENT SHALL WE BE RESPONSIBLE FOR ANY CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL OR EXEMPLARY DAMAGES, INCLUDING BUT NOT LIMITED TO LOST PROFITS (EVEN IF SUCH DAMAGES ARE FORESEEABLE AND WHETHER OR NOT WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES). Without limiting the foregoing, we shall have no liability for any failure or delay resulting from any governmental action, fire, flood, insurrection, earthquake, power failure, Internet or communications failure, riot, explosion, embargo, strikes whether legal or illegal, labor or material shortage, transportation interruption of any kind, work slowdown, or any other condition beyond our control affecting production or delivery in any manner. Furthermore, we do not represent or warrant that the Clickbooth Network and any of our programs and/or payment plans will meet your objectives or needs. YOU EXPRESSLY AGREE THAT YOUR USE OF THE CLICKBOOTH NETWORK AND/OR DIRECT WEB SITE IS AT YOUR OWN RISK. THE CLICKBOOTH NETWORK AND THE DIRECT WEB SITE ARE AVAILABLE ON AN "AS IS" BASIS, WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF PERFORMANCE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR ACCURACY, OR IMPLIED WARRANTIES ARISING FROM COURSE OF PERFORMANCE OR COURSE OF CONDUCT AND WE DISCLAIM ANY WARRANTY REGARDING THE AVAILABILITY, ACCURACY OR CONTENT OF THE CLICKBOOTH NETWORK, DIRECT WEB SITE, AND/ OR INFORMATION, PRODUCTS OR SERVICES AVAILABLE THROUGH THE

CLICKBOOTH NETWORK AND/OR DIRECT WEB SITE, THE NUMBER OF VIEWS OF ANY ADVERTISEMENT OR ANY ECONOMIC BENEFIT YOU MAY GAIN FROM THE DISPLAY OR USE OF THE ADVERTISEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.

12. **Your Representations; Indemnification.** You represent and warrant that you have sufficient authority to enter into this Agreement. Your advertisements are accepted upon the representation and warranty that (i) you have the right to publish the contents of the advertisement, without infringement of any rights of any third party, including but not limited to copyright, patent, trademark, trade secret, confidentiality or other proprietary right; (ii) your advertisement complies with our advertising standards; (iii) the use, reproduction, distribution or transmission of the advertisement, including without limitation any hyperlinks in the advertisement, does not and will not violate any laws or any rights of any third parties, including but not limited to false or deceptive advertising or sales practices, unfair competition, antitrust, defamation, discrimination, pornography, or invasion of privacy; and (iv) your advertisement complies with all applicable laws. IN CONSIDERATION OF OUR PUBLICATION OF YOUR ADVERTISEMENTS, YOU AGREE TO INDEMNIFY AND HOLD US (AND OUR DIRECTORS, OFFICERS, EMPLOYEES AND AGENTS) HARMLESS AGAINST ANY AND ALL EXPENSES AND LOSSES OF ANY KIND (INCLUDING REASONABLE ATTORNEYS' FEES AND COSTS) INCURRED BY US (AND OUR DIRECTORS, OFFICERS, EMPLOYEES AND AGENTS) IN CONNECTION WITH ANY CLAIMS OF ANY KIND ARISING OUT OF PUBLICATION OF THE ADVERTISEMENT, YOUR USE OF THE CLICKBOOTH NETWORK OR THE CLICKBOOTH WEB SITE, AND/OR ANY OF YOUR MATERIAL TO WHICH USERS OF THE CLICKBOOTH NETWORK CAN LINK THROUGH YOUR ADVERTISEMENT.

13. **Notices.** We will provide all notices to you to the contact person and at the address, email address, or fax number identified on your account. You must send all notices to us at: notices@clickbooth.com, or such other address as provided on the Clickbooth Web Site from time to time.

14. **No Agency.** The parties to this Agreement are independent contractors and this Agreement does not create and shall not be construed to create an agency, partnership, joint venture or other association relationship between the parties.

15. **Use of Advertisements.** By submitting advertisements or offers to the Clickbooth Network you are irrevocably granting CLICKBOOTH, its licensees, and any entities in the Clickbooth Network, the right to use all parts of the material, without limitation, including modifying it or using it commercially and authorizing others to do so. CLICKBOOTH reserves the right to modify your creatives to adjust them to the needs of our network, optimize them, or to brand them into the Clickbooth Network.

16. **Your Right To Terminate.** You may terminate this Agreement and your account at anytime after the initial Insertion Order amount has been paid in full, by providing written notice to us. You may make a campaign or advertisement inactive at any time as defined by this agreement. If you do terminate, you need to allow 5 business days for the campaign to become inactive across our network, and during these 5 days you are still responsible for the payouts of the orders coming in at the rate specified.

17. **Our Right To Terminate.** Notwithstanding anything contained in this Agreement to the contrary, CLICKBOOTH may, in its sole discretion, terminate your account, and

discontinue your participation in the Clickbooth Network. Reasons for CLICKBOOTH's determination to so terminate or discontinue your account or participation as provided for above include, but are not limited to, failure to make payment in accordance with CLICKBOOTH's terms, failure to maintain a positive account balance in your Advertiser Account, If you do not maintain any active advertising campaigns for a period of 12 months, if CLICKBOOTH believes that you violated this Agreement or other policies or guidelines of CLICKBOOTH or of an Affiliate, or if CLICKBOOTH believes your conduct may be harmful to other consumers, advertisers or licensees who participate in the Clickbooth Network. All decisions made by CLICKBOOTH in this matter will be final and neither CLICKBOOTH nor its licensees (or distributors) shall have any liability with respect to such decisions.

18. **Effect of Termination.** Upon termination, you will no longer be able to access your Advertiser Account, the Clickbooth Web Site, or the Clickbooth Network. Regardless of which party terminates this Agreement, You will be responsible for all charges incurred up to and through the date of termination and you will be subject to a cancellation fee equal to the remaining balance of pre-paid funds in your Advertising Account.

19. Survival. Sections 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19 shall survive any termination of this Agreement.

20. **CONFIDENTIALITY:** "Confidential Information" means any information disclosed to you by CLICKBOOTH, either directly or indirectly, in writing, orally or by inspection of tangible objects, other than information that you can establish (i) was publicly known and made generally available in the public domain prior to the time of disclosure to you by CLICKBOOTH; (ii) becomes publicly known and made generally available after disclosure to you by CLICKBOOTH other than through your action or inaction; or (iii) is in your possession, without confidentiality restrictions, at the time of disclosure by CLICKBOOTH as shown by your files and records immediately prior to the time of disclosure. You shall not at any time (a) disclose, sell, license, transfer or otherwise make available to any person or entity any Confidential Information, (b) use any Confidential Information, or (c) reproduce or otherwise copy any Confidential Information, except as necessary in connection with the purpose for which such Confidential Information is disclosed to you or as required by applicable law. You agree to take all reasonable measures to protect the secrecy of and avoid disclosure and unauthorized use of the Confidential Information. All Confidential Information shall at all times remain CLICKBOOTH's personal property and all documents, electronic media and other tangible items containing or relating to any Confidential Information shall be delivered to CLICKBOOTH immediately upon CLICKBOOTH's request.

21. **Construction.** No conditions other than those set forth in this Agreement shall be binding on us unless we expressly agree in writing signed by an authorized representative of CLICKBOOTH. CLICKBOOTH may change this Agreement at any time upon notice published on the Clickbooth Web Site or by e-mail notification to you. Any use of the Clickbooth Network or Clickbooth Web Site after such notice shall be deemed to be continued acceptance of this Agreement including its amendments and modifications. CLICKBOOTH reserves the right to discontinue offering the Clickbooth Network at any time.

22. **Miscellaneous.** This Agreement (i) shall be governed by and construed in accordance with the internal substantive laws of the State of Florida, without giving effect to its principles of conflicts of law; and (ii) constitute the complete and entire expression of the agreement between the parties, and shall supersede any and all other agreements, whether written or oral, between the parties concerning the subject matter hereof. You submit to jurisdiction and venue in the state and federal courts located in the State of Florida, Sarasota County and further agree that any cause of action you may bring arising under this Agreement will be brought by you exclusively in a state or federal court located in the State of Florida, Sarasota County. Advertiser agrees to pay all legal

expenses of CLICKBOOTH, including reasonable attorney's fees, should Advertiser be found in breach of this Agreement. In the event that any provision of this Agreement is held by a court of competent jurisdiction to be contrary to the law, the remaining provisions of this Agreement will remain in full force and effect. The waiver of any breach or default of this Agreement will not constitute a waiver of any subsequent breach or default, and will not act to amend or negate the rights of the waiving party.

BY SIGNING BELOW, THE PERSON DOING SO REPRESENTS AND WARRANTS THAT (i) HE OR SHE IS 18 YEARS OF AGE OR OLDER; (ii) HE OR SHE HAS THE POWER AND AUTHORITY TO BIND ADVERTISER; (iii) ADVERTISER HAS READ AND UNDERSTANDS THIS AGREEMENT; (iv) ADVERTISER ACCEPTS THIS AGREEMENT.

_____
Clickbooth / Integraclick, Inc.
Authorized Signature

_____/s/ signature_____
Client Authorized Signature

_____
Typed/Printed Name & Title

_____Jesse Willmr_____
Typed/Printed Name & Title

Date: _____

Date: Jan 30/08