IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEVIN CHAMBERLAIN, an individual,
NED NEWCOMER, an individual and
JARED ADLER, an individual, on their
own behalf and on behalf of all others
similarly situated,**

    Plaintiffs,

vs.                                         Case No.  4:10-cv-00477-SPM-WCS

**INTEGRACLICK, INC., a Delaware
corporation d/b/a CLICKBOOTH,
JUST THINK MEDIA, a Canadian
company d/b/a FAREND SERVICES
LIMITED,**

    Defendants.
_____/

### Motion to Extend Time to Respond to Motion to Quash Service

Pursuant to Local Rules 6.1 and 7.1, Plaintiffs move for an order extending the time for them to respond to Defendant 1021018 Alberta, Ltd.'s Motion to Quash Service of Process and Dismiss Complaint (Dkt. #5) from November 17, 2010 to December 17, 2010, in conformity with the attached stipulation of the parties.

/s David P. Healy
David P. Healy (940410)
2846-B Remington Green Cr.
Tallahassee, Florida 32308
(850) 222-5400
(850) 222-7339 (fax)
Counsel to Plaintiffs

## Certificate of Service

**I HEREBY CERTIFY** that I filed the foregoing using the CM/ECF filing systems which will cause a true and correct copy of the foregoing to be electronically transmitted to all counsel of record.

/s David P. Healy