IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN CHAMBERLAIN, an individual, NED
NEWCOMER, an individual, and JERALD
ADLER, an individual, on their own behalf and
on behalf of all others similarly situated,

                      Case No.  4:10-cv-00477-SPM-WCS

       *Plaintiffs*,

v.

INTEGRACLICK, INC., a Delaware
corporation, d/b/a CLICKBOOTH,
1021018 ALBERTA, LTD, a Canadian
company, d/b/a JUST THINK MEDIA d/b/a
FAREND SERVICES LIMITED,

       *Defendants*.
_____/

**MOTION TO EXTEND TIME TO RESPOND IN OPPOSITION TO DEFENDANT
INTEGRACLICK, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT
AND TO STRIKE CLASS ALLEGATIONS**

      Pursuant to Local Rule 6.1 and 7.1, Plaintiffs Kevin Chamberlain, Ned Newcomer, and Jerald Adler, by and through their undersigned counsel, hereby move for an order extending the time for them to respond in opposition to Defendant Integraclick, Inc.'s Motion to Dismiss Class Action Complaint and to Strike Class Allegations (Dkt No. 8), from November 24, 2010 to December 17, 2010, in conformity with the Parties' attached stipulation.

                      By:  /s/ David P. Healy
                            David P. Healy (940410)
                            2846-B Remington Green Circle
                            Tallahassee, Florida 32308
                            (850) 222-5400
                            (850) 222-7339 (fax)
                            *dhealy@davidhealylaw.com*
                            Counsel to Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing using the Court's CM/ECF electronic filing systems, which will cause a true and correct copy of the foregoing to be electronically transmitted to all counsel of record.

/s/ David P. Healy