IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN CHAMBERLAIN, an individual, NED
NEWCOMER, an individual, and JERALD
ADLER, an individual, on their own behalf and
on behalf of all others similarly situated,

        *Plaintiffs*,

v.

INTEGRACLICK, INC., a Delaware
corporation, d/b/a CLICKBOOTH,
1021018 ALBERTA, LTD, a Canadian
company, d/b/a JUST THINK MEDIA d/b/a
FAREND SERVICES LIMITED,

        *Defendants*.

Case No. 4:10-cv-00477-SPM-WCS

_____/

**STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO RESPOND IN
OPPOSITION TO DEFENDANT INTEGRACLICK, INC.'S MOTION TO
DISMISS CLASS ACTION COMPLAINT AND TO STRIKE CLASS ALLEGATIONS**

Pursuant to Local Rule 6.1, Plaintiffs Kevin Chamberlain, Ned Newcomer, and Jerald Adler, and Defendant Integraclick, Inc. ("Defendant" or "Integraclick") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby submit this Stipulation Extending Plaintiffs' Deadline to Respond in Opposition to Defendant Integraclick, Inc.'s Motion to Dismiss Class Action Complaint and to Strike Class Allegations. In support of this stipulation, the Parties state as follows:

**WHEREAS,** on October 28, 2010, Defendant 1021018 Alberta, Ltd. removed Plaintiffs' initial complaint to this Court, (Dkt. No. 1.);

**WHEREAS,** on November 10, 2010, Defendant moved to dismiss Plaintiffs' complaint and strike the class allegations contained therein, (Dkt. No. 8);

**WHEREAS,** Plaintiffs' current deadline to respond in opposition to Defendant's motion to dismiss and to strike class allegations is November 24, 2010;

**WHEREAS,** Plaintiffs are currently reviewing the arguments made in Defendant's motion and require additional time to prepare an adequate response;

**WHEREAS,** the Parties have conferred telephonically regarding Plaintiffs' need for additional time to prepare a response to Defendant's motion;

**WHEREAS,** the Parties have agreed that Plaintiffs may have an extension of time through and including December 17, 2010, to file their opposition to Defendant's motion to dismiss and to strike class allegations;

**WHEREAS,** the Parties have further agreed that following the filing of Plaintiffs' opposition, Defendant shall have through and including January 14, 2011, to reply in support of its motion, upon a showing of good cause and leave of the Court; and

**WHEREAS,** good cause exists for the extension of time proposed herein.

**NOW THEREFORE,** the Parties, by and through their undersigned counsel, hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiffs shall have an extension of time through and including December 17, 2010, to respond to Defendant Integraclick, Inc.'s Motion to Dismiss Class Action Complaint and to Strike Class Allegations, (Dkt. No. 8);

2. Defendant Integraclick, Inc. shall have through and including January 14, 2011, to reply in support of its motion, upon a showing of good cause and leave of the Court; and

3. All other briefing deadlines with respect to Defendant Integraclick, Inc.'s Motion to Dismiss Class Action Complaint and to Strike Class Allegations are hereby vacated.

**IT IS SO STIPULATED.**

Dated: November 23, 2010

                                      Respectfully submitted,

| **KEVIN CHAMBERLAIN, NED NEWCOMER, AND JERALD ADLER,** individually and on behalf of all other similarly situated, | **INTEGRACLICK, INC.** |
|---|---|
| By:/s/ David P. Healy<br>David P. Healy (0940410)<br>2846-B Remington Green Circle<br>Tallahassee, Florida 32308<br>*dhealy@davidhealylaw.com* | By:/s/ J. Martin Hayes<br>J. Martin Hayes (971766)<br>AKERMAN SENTERFITT<br>106 East College Avenue<br>Tallahassee, Florida 32301<br>*martin.hayes@akerman.com* |

IT SO ORDERED this _____ day of _____, 2010.

                                                              HONORABLE STEPHEAN P. MICKLE