IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN CHAMBERLAIN, et al.,

    Plaintiffs,

vs.                                              4:10-CV-477-SPM/WCS

INTEGRACLICK INC, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiffs' Unopposed Motions (docs. 12, 13) for Extension of Time to Respond to the Defendants' Motions to Dismiss (docs. 5, 9). The Court finds these requests to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motions (docs. 12, 13) are *granted*.

2. Plaintiffs shall have until *December 17, 2010,* to respond to the Defendants' Motions to Dismiss.

**DONE AND ORDERED** this <u>seventh</u> day of December, 2010.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Chief United States District Judge