IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN CHAMBERLAIN, et al.,

        Plaintiffs,

CASE NO.: 4:10cv477-SPM/WCS

vs.

INTEGRACLICK INC, et al.,

        Defendants.

_____/

## ORDER EXTENDING TIME

Upon consideration, Plaintiffs' Stipulated to Motion for Extension of Time to Respond to Motion to Dismiss and to Strike Class Action Allegations (doc. 21) is **granted**. Plaintiffs shall have until January 28, 2011, to respond.

SO ORDERED this seventh day of January, 2011.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge