IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NED NEWCOMER, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                               CASE NO. 4:10cv477-RH/WCS

1021018 ALBERTA, LTD., a Canadian
company d/b/a JUST THINK MEDIA,

    Defendant.

_____/

**ORDER DENYING LEAVE TO FILE
THE SECOND AMENDED COMPLAINT**

    The plaintiff Ned Newcomer filed this purported class action against two defendants but voluntarily dismissed his claims against one, leaving as the sole defendant 1021018 Alberta, Ltd., doing business as Just Think Media ("JTM"). Two days before the discovery deadline, Mr. Newcomer moved for leave to file a second amended complaint adding a new defendant, CX Digital Media (U.S.), Inc., and, as a result of the amendment, to delay the pretrial schedule and continue the trial. As a matter of discretion, this order denies the motion for leave to amend.

The amendment comes late in the day, more than two months after an already long-extended deadline for amending. *See* Order of June 24, 2011, ECF No. 93, at 4. And the amendment would fundamentally alter the nature of the lawsuit. This would be true even if JTM could be expected to continue to defend the case vigorously. It is even more true in light of JTM's circumstances: in a separate enforcement action, the FTC has obtained an order freezing JTM's assets, thus calling into question its ability to defend this case at all. The proposed amendment might have the practical effect of converting this case to a new proceeding against a new defendant. This would inject an unnecessary layer of procedural complexity. If Mr. Newcomer wishes to proceed with his new claim against CX, he can simply initiate a new case.

For these reasons,

IT IS ORDERED:

Mr. Newcomer's motion, ECF No. 124, for leave to file the second amended complaint is DENIED.

SO ORDERED on January 25, 2012.

                                                 s/Robert L. Hinkle
                                                 United States District Judge